Broderick, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|11|14

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

     Plaintiff,

  v.

DELL, INC., MICHAEL S. DELL, BRIAN T.
GLADDEN, and STEPHEN J. FELICE,

     Defendants.

No. 14-cv-3644 (VSB)(SN)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on May 21, 2014, a putative class action complaint was filed in the above-captioned action by Plaintiff City of Pontiac General Employees' Retirement System ("Plaintiff") against Defendants Dell, Inc., Michael S. Dell, Brian T. Gladden, and Stephen J. Felice (collectively, "Defendants") for alleged violations of the federal securities laws;

WHEREAS, the establishment of a schedule for the filing of certain pleadings and related matters will promote the efficient conduct of this litigation;

WHEREAS, the time for Defendants to answer or otherwise respond to Plaintiff's Complaint has not yet passed; and

WHEREAS, the Parties have agreed to the terms of this Stipulation and [Proposed] Order as evidenced by the signatures of their counsel below;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, this 9th day of July, 2014, subject to the Court's approval, by and among the undersigned counsel, as follows:

1.      No later than forty-five (45) days after entry of an Order appointing Lead Plaintiff and Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995, the Lead Plaintiff shall serve and file a consolidated amended complaint.

2.      Defendants are hereby expressly relieved of their obligation to answer or otherwise respond to the Complaint previously submitted in this action. Defendants shall answer, object, or otherwise respond to Lead Plaintiff's amended complaint within forty-five (45) days of its service upon Defendants' counsel.

3.      If Defendants move to dismiss the amended complaint, Lead Plaintiff shall have forty-five (45) days from the filing of Defendant's motion to dismiss to file an opposition. Defendants shall have thirty (30) days from the filing of Lead Plaintiff's opposition to file a reply in further support of their motion to dismiss.

4.      Except as stated herein, the Parties reserve all rights, including but not limited to Defendants' right to bring a motion to transfer or otherwise move to change the venue of the above-captioned action and Plaintiff's right to oppose any such request. Defendants intend to submit a pre-motion letter pursuant to this Court's Individual Rules & Practices in Civil Cases, Rule 4.A, on or before July 21, 2014, seeking to transfer this action to the U.S. District Court for the Western District of Texas. *See also* Report of the Judicial Improvements Committee, Pilot Program Regarding Case Management Techniques for Complex Civil Cases, Motion Procedures, A.1-A.2. Plaintiff has indicated that it intends to oppose Defendants' motion.

ROBBINS GELLER RUDMAN & DOWD LLP

_David Rosenfeld /ssh. permission_

Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Tel: 631-367-7100
Fax: 631-367-1173
srudman@rgdlaw.com
drosenfeld@rgrdlaw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
Cynthia J. Billings
100 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Tel: 248-746-0700
Fax: 248-746-2760
cbillings@swappe.com

*Attorneys for Plaintiff*

ALSTON & BIRD LLP

John L. Latham (*pro hac* to be filed)
Susan E. Hurd (*pro hac* to be filed)
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000
john.latham@alston.com
susan.hurd@alston.com

Alexander S. Lorenzo
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
alexander.lorenzo@alston.com

*Attorneys for Defendants Dell, Inc.,*
*Michael S. Dell, Brian T. Gladden, and*
*Stephen J. Felice*

IT IS SO ORDERED this 11th day of July, 2014.

The Honorable Vernon S. Broderick
United States District Court Judge